AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 629
Montgomery, AL 36101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Merrill Lynch-IRA-Distributions | $10,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Merrill Lynch - IRA Distributions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Alabama School of Law | October 3-5, 2014 | Tuscaloosa, AL | Lecture Series | Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV CABLE CO OF ANDALUSIA- COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. BLACKROCK GLOBAL ALLOCATION FD INC C | B | Dividend | K | T | | | | | |
| 3. SERVISFIRST BANK - SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 4. UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 5. (H)TRUST #1 | D | Dividend | J | T | | | | | |
| 6. -ALTRIA GROUP INC (Y) | | | | | | | | | |
| 7. -ASTRAZENECA PLC SPND ADR | | | | | Buy | 01/28/13 | J | | |
| 8. | | | | | Sold | 07/24/13 | J | A | |
| 9. -AT & T INC | | | | | Sold | 04/10/13 | K | B | |
| 10. -Bristol Myers Squibb | | | | | Sold | 06/26/13 | K | A | |
| 11. -Buckeye Partners LP | | | | | Sold | 09/08/13 | K | C | |
| 12. -CENTURLYLINK INC SHS | | | | | Sold | 02/20/13 | K | B | |
| 13. -ELI LILLY & CO (Y) | | | | | | | | | |
| 14. -Enterprise Products Partners LP (Y) | | | | | | | | | |
| 15. -GLAXOSMITHKLINE PLC ADR (Y) | | | | | | | | | |
| 16. -HEALTH CARE REIT INC COM REIT | | | | | Sold | 05/07/13 | K | C | |
| 17. -KINDERMORGAN ENERGY PARTNERS LP (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NATIONAL GRID PLC SP ADR | | | | | Sold | 03/20/13 | K | B | |
| 19. -Philip Morris Intl Inc. (Y) | | | | | | | | | |
| 20. -PLAINS ALL AMERN PIPL LP (Y) | | | | | | | | | |
| 21. -PPL CORPORATION (Y) | | | | | | | | | |
| 22. -REYNOLDS AMERICAN INC (Y) | | | | | | | | | |
| 23. -Royal Dutch Shell PLC (Y) | | | | | | | | | |
| 24. -SENIOR HSG PPTYS TRSBI | | | | | Sold | 01/22/13 | J | A | |
| 25. -SOUTHERN COMPANY | | | | | Sold | 10/21/13 | K | A | |
| 26. -VERIZON COMMUNICATNS COM | | | | | Sold | 04/10/13 | K | C | |
| 27. -ISHARES IBOXXS HIGH YIEL CORP BOND FUND | | | | | Buy (add'l) | 11/06/13 | K | | |
| 28. -UBS Bank USA Dep Account (Y) | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. (H)TRUST #2 | D | Dividend | O | T | | | | | |
| 31. -UBS Bank USA Dep Account (X) | | | | | | | | | |
| 32. -DECATUR ALA WTS | | | | | Redeemed | 07/11/13 | J | A | |
| 33. -LOWNDES CNTY ALA WTS | | | | | | | | | |
| 34. -MOBILE ALA PUB EDL BLDG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MORGAN CNTY ALA BRD ED | | | | | Redeemed | 03/01/13 | K | A | |
| 36. -OPELIKa ALA PUB PK & REC | | | | | | | | | |
| 37. -HUNTSVILLE ALA CAP IMPT | | | | | | | | | |
| 38. -ALABAMA DRINKING WTR FIN | | | | | | | | | |
| 39. -DAPHNE ALA WTS & IMPT | | | | | | | | | |
| 40. -ALABAMA ST BRD ED REV | | | | | | | | | |
| 41. -ALTRIA GROUP INC (X) | | | | | | | | | |
| 42. -BCE | | | | | Buy | 04/17/13 | J | | |
| 43. -Brietburn Energy Partners LP | | | | | Buy | 10/16/13 | J | | |
| 44. -ELI LILLY & CO (X) | | | | | | | | | |
| 45. -Enterprise Products Partners LP (X) | | | | | | | | | |
| 46. -EXXON MOBIL CORP COM | | | | | | | | | |
| 47. -GENERAL ELECTRIC | | | | | | | | | |
| 48. -GLAXOSMITHKLINE PLC ADR (X) | | | | | | | | | |
| 49. -Hatteras Financial Corp REIT | | | | | Buy | 02/04/13 | J | | |
| 50. | | | | | Sold | 07/23/13 | K | C | |
| 51. -Hi-Crush Partners LP MLP | | | | | Buy | 09/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -INTL BUSINESS MACHINES CORP IBM | | | | | | | | | |
| 53. -KINDERMORGAN ENERGY PARTNERS LP (X) | | | | | | | | | |
| 54. -LINN Energy LLC Units REPSTG | | | | | Buy | 01/26/13 | J | | |
| 55. -New Castle Investment Corp REITS | | | | | Buy | 07/19/13 | J | | |
| 56. -Philip Morris Intl Inc. (X) | | | | | | | | | |
| 57. -PLAINS ALL AMERN PIPL LP (X) | | | | | | | | | |
| 58. -PPL CORPORATION (X) | | | | | | | | | |
| 59. -REYNOLDS AMERICAN INC (X) | | | | | | | | | |
| 60. -Royal Dutch Shell PLC (X) | | | | | | | | | |
| 61. -Salient MLP & Energy | | | | | Buy | 05/09/13 | J | | |
| 62. -SPDR Barclays S/T Hi YLD ETF | | | | | Buy | 06/26/13 | J | | |
| 63. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 64. -Vanguard Nat Resources MLP | | | | | Buy | 02/08/13 | J | | |
| 65. -Vodafone Group PLC NEW SPON | | | | | Buy | 03/06/13 | J | | |
| 66. -W P Carey Inc REIT | | | | | Buy | 10/29/13 | J | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -UBS Bank USA Dep Account | | | | | | | | | |
| 70. | | | | | | | | | |
| 71.  IRA Account #1 | A | Dividend | J | T | | | | | |
| 72.  -Cash/Money Accounts | | | | | | | | | |
| 73.  -Vanguard Intermediate Term Bond ETF | | | | | | | | | |
| 74.  (H)IRA Account #2 | D | Dividend | M | T | | | | | |
| 75.  -CASH/MONEY ACCOUNTS | | | | | | | | | |
| 76.  -ALTRIA GROUP INC | | | | | | | | | |
| 77.  -ASTRAZENECA PLC SPND ADR | | | | | Buy | 01/28/13 | J | | |
| 78. | | | | | Sold | 07/24/13 | J | A | |
| 79.  -AT&T INC | | | | | Sold | 04/10/13 | J | B | |
| 80.  -BCE | | | | | Buy | 04/17/13 | J | | |
| 81.  -Brietburn Energy Partners LP | | | | | Buy | 10/16/13 | J | | |
| 82.  -Bristol Myers Squib Co. | | | | | Sold | 06/26/13 | J | A | |
| 83.  -Buckeye Partners LP | | | | | Sold | 09/18/13 | J | B | |
| 84.  -CANADIAN IMPERIAL BANK OF COMM (See note in Part VIII) | | | | | | | | | |
| 85.  -CENTURYLINK INC SHS (FORMERLY KNOWN AS CENTURYTEL) | | | | | Sold | 02/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ELI LILLY & CO | | | | | | | | | |
| 87. -ENERGY TRANSFER PTNRS L (See note in Part VIII) | | | | | | | | | |
| 88. -GLAXOSMITHKLINE PLC ADR | | | | | | | | | |
| 89. -Hatteras Financial Corp REIT | | | | | Buy | 02/04/13 | J | | |
| 90. | | | | | Sold | 07/23/13 | J | A | |
| 91. -HEALTH CARE REIT INC COM REIT | | | | | Sold | 05/07/13 | J | B | |
| 92. -Hi-Crush Partners LP MLP | | | | | Buy | 09/17/13 | J | | |
| 93. -Ishares IBoxx High Yield Corp | | | | | | | | | |
| 94. -KINDER MORGAN ENERGY PARTNERS LP | | | | | | | | | |
| 95. -LINN Energy LLC Units REPSTG | | | | | Buy | 06/26/13 | J | | |
| 96. -NATIONAL GRID PLC SP ADR | | | | | Sold | 03/20/13 | J | A | |
| 97. -Newcastle Investment Corp | | | | | Buy | 07/19/13 | J | | |
| 98. -Philip Morris Int. Inc. | | | | | | | | | |
| 99. -PLAINS ALL AMERN PIPL LP | | | | | | | | | |
| 100. -PPL CORPORATINO | | | | | | | | | |
| 101. -REYNOLDS AMERICAN INC | | | | | Sold | 11/20/13 | J | B | |
| 102. -Salient MLP & Energy | | | | | Buy | 05/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -SENIOR HSG PPTYS TRSBI | | | | | Sold | 01/22/13 | J | A | |
| 104.  -SOUTHERN COMPANY | | | | | Sold | 10/21/13 | J | A | |
| 105.  -SPDR Barclays S/T High YLD ETF | | | | | Buy | 06/26/13 | J | | |
| 106.  -Vanguard Nat Resources MLP | | | | | Buy | 02/08/13 | J | | |
| 107.  -VERIZON COMMUNICATNS COM | | | | | Sold | 04/10/13 | J | B | |
| 108.  -Vodafone Group PLC New Spon | | | | | Buy | 03/06/13 | J | | |
| 109.  -W.P. Carey Inc REIT | | | | | Buy | 10/29/13 | J | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Trust #1 - This assets in this trust were consolidated with Trust #2 during 2013. Each asset that was transferred was notated with a (Y), indicating same. The assets were also listed in Trust #2 and notated with an (X). It is expected that next year there will only be one trust reported on the FDR.

Part VII, Line 73 - Canadian Imperial Bank of Commerce was in fact sold in December, 2012. There is none remaining in 2013.

Part VII, Line 75 - Energy Transfer Partners L was reported as partially sold in 2011 when in fact the entire investment was sold. There is none remaining in 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544